# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RODNEY DUANE BUSHO,

    Plaintiff,

v.                                                Case No: 8:13-cv-2921-T-30JBT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

---

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. #36). Plaintiff requests attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $2,263.00 Defendant does not oppose the request. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. #36) is GRANTED.

2. The Clerk of Court is directed to enter a judgment in favor of Plaintiff against Defendant in the amount of $2,263.00.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of December, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2921 fees social security.docx

2